NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS DEGNAN,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF LABOR,<br><br>Defendant. | Civil Action No.: 10-50 (JLL)<br><br><br><br>**ORDER** |

For the reasons stated herein, it is on this 15th day of October, 2010, hereby

**ORDERED** that, pursuant to 28 U.S.C. § 1915, Plaintiff's application to proceed in forma pauperis is **GRANTED**; and it is further

**ORDERED** that Plaintiff's Complaint is **DISMISSED** without prejudice for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B); and it is further

**ORDERED** that Plaintiff is hereby granted thirty (30) days from the date of this Order in which to amend his Complaint; and it is further

**ORDERED** that if Plaintiff fails to amend his Complaint within the time specified above, the Complaint will be dismissed with prejudice and the matter will be **CLOSED**.

DATED: October 15, 2010

JOSE L. LINARES,
UNITED STATES DISTRICT JUDGE